# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LEPORYON WORTHEY,

      Plaintiff,

                                Case No. 3:24-cv-415-BJD-SJH

v.

EQUIFAX INFORMATION SERVICES LLC,
CAPITAL BANK NA, CITIBANK NA,
MONEYLION OF FLORIDA LLC, and
VERIZON WIRELESS LLC,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice as to Defendant Capital Bank NA (Doc. No. 27; Notice) filed on August 21, 2024. In the Notice, Plaintiff dismisses its claims against Defendant Capital Bank NA only. See Notice at 1. Upon review of the docket, the Court notes that Defendant Capital Bank NA has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. Plaintiffs' case as to Capital Bank NA is **DISMISSED without prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate Defendant Capital Bank NA from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this ____ day of August, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*