# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CASE No. 3:24-cv-00415-BJD-SJH

LEPORYON WORTHEY,

    Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES LLC, CAPITAL
BANK, N.A. D/B/A OPENSKY,
CITIGROUP, INC. D/B/A
CITIBANK, N.A.

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITIBANK, NA

Plaintiff Leporyon Worthey, by and through undersigned counsel, pursuant to

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice

Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: October 1, 2024

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Respectfully Submitted,

/s/ Gerald D. Lane
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:  jibrael@jibraellaw.com
**GERALD D. LANE, ESQ.**
Florida Bar No.: 1044677
E-mail:  gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/Gerald D. Lane                         .
**GERALD D. LANE, ESQ.**
Florida Bar No.: 1044677

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com